CARDINE, Appellant, vs. SCHAFFENBUHL and another, Respondents.

*May 1—May 21, 1914.*

*Trespass: Title to land: Adverse possession: Findings of fact: Appeal: Review.*

In an action to restrain continuing trespasses, brought by one
claiming title to land by adverse possession, questions of fact
only being presented and the findings of the trial court being
fairly supported by evidence, the judgment for defendants is
affirmed.

APPEAL from a judgment of the circuit court for Crawford
county: GEORGE CLEMENTSON, Circuit Judge. *Affirmed.*

*Alexander Athey,* for the appellant.

For the respondents there was a brief by *Graves & Earll,*
and oral argument by *R. B. Graves.*

TIMLIN, J.   In this case, brought to restrain continuing
trespasses, the plaintiff owned block 19 in the recorded Union
Plat of Prairie du Chien, and claimed that by adverse pos-
session his south boundary extended across Cedar street,
which lies south of said block, and included a part of block 18,
which lies south of that part of Cedar street.   This plat was
recorded in 1856 and was made by certain persons claiming
to own the lands to be platted.   Some of the questions ar-
gued by appellant are not in the case because there is no evi-
dence to show which of the original French claims or what
part of such claim or claims covered that part of the ground
platted into blocks 18 and 19, and because the plaintiff and
defendant both claim under the plat mentioned.   Cedar
street between blocks 18 and 19 has not been opened for
travel, but west of this it has.   We find no question pre-
sented by the evidence except a claim on the part of the
plaintiff that his south boundary was by adverse possession
extended so as to take in Cedar street and a portion of the

north part of block 18. Upon this part the trespasses are alleged to have been committed. As against this the defendant offered evidence tending to show that plaintiff's possession was not exclusive or continuous, was not for the requisite length of time, and lack of inclosure, and also that defendant had possession. There was contradictory and conflicting evidence in support of the respective claims of the parties, and the case presented for the decision of the court below questions of fact only. The findings are fairly supported by evidence, and the judgment must be affirmed.

*By the Court.*—Judgment affirmed.